UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SAMUEL NAVARRO MOLINA,<br>  Plaintiff, | § § § § | |
| v. | § § | EP-19-CV-00031-FM |
| SIERRA EXPRESS, INC. and BILLY RAY PATTERSON, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with "Agreed Motion to Dismiss with Prejudice" [ECF No. 91], filed May 11, 2020 by the parties, the court enters the following orders:

1. It is **HEREBY ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** that the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _15_ day of **May, 2020**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1